AO 450 (Rev. 5/85)  Judgment in a Civil Case  ⊕

# United States District Court

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

LAVERNE M. BLACKWELL

V.

JOHN W. SNOW, Secretary, Department
of Treasury

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C.A. 04-902

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered
its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court.   The issues have been tried or heard and a
decision has been rendered.

IT IS ORDERED AND ADJUDGED  that judgment be, and hereby is, entered in favor of defendant,

John W. Snow, Secretary, Department of Treasury, and against plaintiff, Laverne M. Blackwell.

JUDGMENT SO ORDERED AND TO BE
ENTERED IN ACCORDANCE TO THE
VERDICT RENDERED BY THE JURY.

GARY L. LANCASTER, U.S. DISTRICT JUDGE

1/19/06

*Date*

ROBERT V. BARTH, JR., CLERK OF COURT

*Clerk*

_____
*(By) Deputy Clerk*