## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVERNE M. BLACKWELL, | ) |
| Plaintiff | ) |
| | ) Civil Action No. 04-902 |
| v. | ) |
| | ) JUDGE GARY L. LANCASTER |
| JOHN W. SNOW, Secretary, | ) |
| Department of Treasury | ) |
| Defendant | ) |

AND NOW, THIS 27th DAY OF Jan 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

### PLAINTIFF'S MOTION FOR NEW TRIAL

AND NOW comes the Plaintiff, Laverne M. Blackwell ("Blackwell") through her undersigned counsel, and moves the Court to grant her a new trial pursuant to Fed.R.Civ.P §59, averring the following:

1. On January 19, 2006, the Court entered a verdict for Defendant on Plaintiff's race, age, and retaliation claims.

2. This verdict is unsupported by the evidence adduced at trial, in pertinent part:

#### I. Retaliation

3. Plaintiff wrote a letter to her supervisor on Friday, June 29, 2001 complaining of discriminatory treatment. See attached Plaintiff's Exhibit 17[1]. On Monday, July 2, 2001, Plaintiff was constructively discharged, as admitted by the handwritten notation at the top of attached Plaintiff's Exhibit 18, to which Doris Allen testified at trial was written by Trish Hanson of Defendant's Labor Relations Department.

---

[1] All copies of exhibits attached to this motion were admitted at trial.